■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS F. GARCIA, Appellant. [665 NYS2d 280] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered November 4, 1996, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JACKSON, Appellant. [665 NYS2d 287] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 1997 (*People v Jackson*, 235 AD2d 494), affirming a judgment of the Supreme Court, Kings County, rendered January 7, 1994, and an order of the same court, dated September 9, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Miller, J. P., Santucci, Joy and Krausman, JJ., concur.